IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOHN O. MILLER, | Cause No. CV 25-72-H-BMM |
| Plaintiff, | |
| vs. | ORDER |
| CASSIE HINDMAN, BOWMAN SMELKO, BRADLEY NEWMAN, and JOSEPH MCELROY, | |
| Defendants. | |

Plaintiff John O. Miller has filed a Complaint alleging federal and Montana statutory claims against four defendants. (Doc. 1.) Miller was directed to show cause for why the claims should not be severed, as improperly joined. (Doc. 3.) Miller was also directed to show cause for why his state law claims should not be dismissed, as without a viable independent basis of federal jurisdiction. (*Id.*) Miller has failed to respond.

Accordingly, for the reasons described in the Court's prior Order, Miller's claims against Defendant Hindman are severed and will proceed. The Complaint will be served upon her by separate order. In addition, Miller's claims against Defendants Smelko, Newman, and McElroy are dismissed for lack of federal jurisdiction.

1

Based on the foregoing, the Court enters the following:

## ORDER

1. Defendants Smelko, Newman, and McElroy are DISMISSED. The Clerk is directed to modify the docket accordingly.

2. Miller must keep the Court apprised of his address. Failure to notify the Court of any change of address may result in dismissal of his action without notice to him. In addition, failure to comply with this Court's orders and file any of the documents requested by the Court within the times prescribed may also result in dismissal.

DATED this 6th day of January 2026.

_____
Brian Morris, Chief District Judge
United States District Court